IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 11 2017
JAMES W. McCORMACK, CLERK
By: _____ DEP/CLERK

| | |
|---|---|
| LEA ANN FREEMAN,<br><br>Plaintiff,<br><br>v.<br><br>NRECA GROUP BENEFITS PROGRAM,<br><br>SENIOR VICE-PRESIDENT, INSURANCE & FINANCIAL SERVICES, NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION, as Plan Administrator for the NRECA Group Benefits Program,<br><br>and<br><br>COOPERATIVE BENEFIT ADMINISTRATORS, INC., as Claims Administrator for the NRECA Long Term Disability Plan,<br><br>Defendants. | Civil Action No. 4:17cv512-DPM<br><br><br><br>This case assigned to District Judge Marshall<br>and to Magistrate Judge Volpe |

## COMPLAINT FOR RECOVERY OF PLAN BENEFITS AND FOR THE ENFORCEMENT OF RIGHTS UNDER ERISA

COMES NOW, Plaintiff, Lea Ann Freeman, and makes the following representations to the Court for the purpose of obtaining relief from Defendants' refusal to pay long term disability (LTD) benefits due under an ERISA employee benefit plans, and for Defendants' other violations of the Employee Retirement Security Act of 1974 ("ERISA"):

### JURISDICTION AND VENUE

1. This Court's jurisdiction is invoked pursuant to 28 U.S.C. § 1337 and 29 U.S.C. § 1132(e) (ERISA § 502(e)). Plaintiff's claims "relate to" "employee welfare benefits plan[s]" as defined by ERISA, 29 U.S.C. § 1001 *et seq.* and the subject Benefit Plan constitutes "plan[s] under ERISA."

2. The ERISA statute, at 29 U.S.C. § 1133, as well as Department of Labor regulations, at 29 C.F.R. § 2560.503-1 provide a mechanism for administrative or internal appeal of benefits denials. In this case, those avenues of appeal have been exhausted and this matter is now properly before this court for judicial review.

3. Venue is proper within the Eastern District of Arkansas pursuant to 29 U.S.C. § 1132(e)(2).

## PARTIES

4. Plaintiff, Lea Ann Freeman, (hereinafter "Plaintiff"), is currently and was at all relevant times, a resident of Grant County, Arkansas.

5. Defendant NRECA Group Benefits Program is a self-funded ERISA plan. The NRECA Group Benefits Program provides long term disability benefits through its component plan named the NRECA Long Term Disability Plan ("LTD Plan"). It may be served by serving the LTD Plan Administrator at: Senior Vice-President, Insurance & Financial Services, National Rural Electric Cooperative Association, 4301 Wilson Boulevard, Arlington, VA 22203-1806.

6. Defendant Senior Vice-President, Insurance & Financial Services, National Rural Electric Cooperative Association, is the LTD Plan Administrator for the LTD Plan, and may be served with process by serving the LTD Plan Administrator at: Senior Vice-President, Insurance & Financial Services, National Rural Electric Cooperative Association, 4301 Wilson Boulevard, Arlington, VA 22203-1806.

7. Defendant Cooperative Benefit Administrators, Inc. ("CBA"), is the designated Claim Administrator for the LTD Plan, and may be served with process through the LTD Plan Administrator by serving at: Senior Vice-President, Insurance & Financial Services, National Rural Electric Cooperative Association, 4301 Wilson Boulevard, Arlington, VA 22203-1806.

## FACTS

8. Plaintiff was employed by C & L Electric Cooperative Corporation, in its Sheridan, Arkansas location.

9. By virtue of her employment, Plaintiff was enrolled in the LTD Plan, which is an ERISA employee welfare benefit plan.

10. Benefits under the LTD Plan are self-insured and funded through contributions made by NRECA and/or with participating cooperatives.

11. Plaintiff is a participant or beneficiary of the LTD Plan.

12. Plaintiff ceased work due to a disability on August 24, 2014, while covered under the LTD Plan.

13. Plaintiff has been and continues to be disabled as defined by the provisions of the LTD Plan and relevant policies.

14. Plaintiff filed an application for long term disability ("LTD") benefits under the LTD Plan.

15. By letter dated March 12, 2015, CBA denied Plaintiff's LTD claim.

16. Plaintiff filed a timely appeal of the denial of her benefits, providing additional evidence that her conditions were disabling.

17. CBA requested that Disability Management Service, Inc. ("DMS"), provide an appeal review of her claim, and DMS recommended that the initial denial of her claim be upheld in a letter dated April 20, 2016, which recommendation CBA adopted in its April 26, 2016 denial letter.

18. Plaintiff timely appealed this determination, providing yet more evidence of her disability.

19. By letter dated August 23, 2016, CBA denied that appeal, and stated that its decision was final.

20. Plaintiff has exhausted her administrative remedies under the LTD Plan.

21. CBA would pay any benefits due out of its own funds.

22. CBA owed Plaintiff duties as a fiduciary of the ERISA Plan, including the duty of loyalty.

23. CBA was under a perpetual conflict of interest because the benefits would have been paid out of its own funds.

24. CBA allowed its concern over its own funds to influence its decision-making.

25. CBA breached its fiduciary duties to Plaintiff, including the duty of loyalty.

### FIRST CAUSE OF ACTION
### FOR PLAN BENEFITS PURSUANT TO 29 U.S.C. §§ 1132(a)(1)(B)

PLAINTIFF incorporates the allegations contained in the above paragraphs as if fully stated herein and says further that:

26. Under the terms of the LTD Plan and policy, Defendants agreed to provide Plaintiff with LTD benefits in the event that Plaintiff became disabled as defined by the LTD Plan.

27. Plaintiff is disabled and entitled to benefits under the terms of the LTD Plan.

28. Defendants failed to provide benefits due under the terms of the LTD Plan, and these denials of benefits to Plaintiff constitute breaches of the LTD Plan.

29. The decisions to deny benefits were wrong under the terms of the LTD Plan.

30. The decisions to deny benefits and decision-making processes were arbitrary and capricious.

31.     The decisions to deny benefits were influenced by the Defendants' financial conflict of interest.

32.     The decisions to deny benefits were not supported by substantial evidence in the record.

33.     As a direct and proximate result of the aforementioned conduct of the Defendants in failing to provide benefits for Plaintiff's disability, Plaintiff has been damaged in the amount equal to the amount of benefits to which she would have been entitled to under the LTD Plan.

34.     As a direct and proximate result of the aforementioned conduct of the Defendants in failing to provide benefits for Plaintiff's disability, Plaintiff has suffered, and will continue to suffer in the future, damages under the LTD Plan, plus interest and other damages, for a total amount to be determined.

## PRAYER FOR RELIEF

WHEREFORE. Plaintiff requests that this Court grant her the following relief in this case:

### On Plaintiff's First Cause of Action:

1.     A finding in favor of Plaintiff against the Defendants;

2.     Damages in the amount equal to the disability income benefits to which she was entitled through the date of judgment, for unpaid benefits pursuant to 29 U.S.C. § 1132(a)(1)(B);

3.     Prejudgment and postjudgment interest;

4.     An Order requiring the LTD Plan or appropriate Plan fiduciaries to pay continuing benefits in the future so long as Plaintiff remains disabled under the terms of the LTD Plan, as well as any other collateral benefits to which she might be entitled on the basis of being disabled under the LTD plan, in the future so long as Plaintiff remains disabled under the terms of the LTD Plan;

5.     Plaintiff's reasonable attorney fees and costs; and

6. Such other relief as this court deems just and proper.

Dated this 11th day of August, 2017.

> Respectfully submitted,
>
> ATTORNEYS FOR PLAINTIFF
>
> THE BUCHANAN FIRM, P. A.
>
> BY: *[signature]*
> Eric Spencer Buchanan (ABN 94-151)
> P.O. Box 166643
> Little Rock, Arkansas 72216
> (501) 376-7540
> FAX: (501) 376-3552
> Eric.Buchanan@TheBuchananFirm.com
>
> ERIC BUCHANAN & ASSOCIATES, PLLC
>
> BY: *[signature]*
> Hudson T. Ellis (Tenn. Bar #28330)
> 414 McCallie Avenue
> Chattanooga TN 37402
> (423) 634-2506
> FAX: (423) 634-2505
> ellish@buchanandisability.com
>
> *Motion to be admitted Pro Hac Vice to be promptly filed*