# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LEE ANN FREEMAN**                                **PLAINTIFF**

v.                       4:17-cv-512-DPM

**NRECA GROUP BENEFITS PROGRAM;
COOPERATIVE BENEFIT
ADMINISTRATORS, INC.**, as Claims
Administrators for the NRECA Long-Term
Disability Plan; and **JOHN DOE**, Senior Vice
President, Insurance & Financial Services,
National Rural Electric Cooperative
Association, as Plan Administrator for the
NRECA Group Benefits Program             **DEFENDANTS**

## ORDER

1. Joint motion for extension, № 13, granted. An Amended Final Scheduling Order with sixty-day extensions of all deadlines will be entered.

2. Joint motion for a blanket seal, № 12, denied without prejudice. Though the particulars are unclear at this point, Freeman has put her disability-related medical condition in issue by filing this suit. Please redact non-case-related confidential information in the claim file; then, make a document-by-document showing for any renewed sealing

request. See Order № 36 at 2-3 in *Panhandle Oil & Gas, Inc. v. BHP*, No. 4:17-cv-379-DPM.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 November 2017