IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| LEA ANN FREEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>NRECA GROUP BENEFITS PROGRAM,<br><br>SENIOR VICE-PRESIDENT, INSURANCE & FINANCIAL SERVICES, NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION, as Plan Administrator for the NRECA Group Benefits Program,<br><br>and<br><br>COOPERATIVE BENEFIT ADMINISTRATORS, INC., as Claims Administrator for the NRECA Long Term Disability Plan,<br><br>    Defendants. | Civil Action No. 4:17-cv-512-DPM |

## **NOTICE OF SETTLEMENT**

The Plaintiff provides notice that the parties have reached a settlement of this matter. The parties are finalizing the terms of the agreement, after which a Stipulation of Dismissal will be filed.

This 5th day of February, 2018.

    Respectfully submitted,

    ERIC BUCHANAN & ASSOCIATES, PLLC
    ATTORNEYS FOR PLAINTIFF

1

2

BY:   */s Hudson T. Ellis*
      Hudson T. Ellis (#28330)
      414 McCallie Avenue
      Chattanooga  TN  37402
      (423) 634-2506
      FAX:  (423) 634-2505