IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEE ANN FREEMAN                                                          PLAINTIFF

v.                            No. 4:17-cv-512-DPM

NRECA GROUP BENEFITS PROGRAM;
COOPERATIVE BENEFIT
ADMINISTRATORS, INC., as Claims
Administrators for the NRECA Long-Term
Disability Plan; and JOHN DOE, Senior Vice
President, Insurance & Financial Services,
National Rural Electric Cooperative
Association, as Plan Administrator for the
NRECA Group Benefits Program                                          DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

28 February 2018